**Fill in this information to identify the case:**

Debtor name: **de GRISOGONO U.S.A. Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................... $ **241,724.89**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................ $ **2,997,793.25**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................................... $ **3,239,518.14**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ **24,960,018.37**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b    $ **24,960,018.37**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **de GRISOGONO U.S.A. Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|
   | 2. **Cash on hand** | | | **$82.75** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | **Westchester Bank (Balance as of 1/31)** | **Operating Account** | **4668** | **$220,461.30** |
   | 3.2. | **Westchester Bank** | **Merchandise Account** | **4692** | **$0.00** |
   | 3.3. | **Westchester Bank** | **Other Account** | **3818** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                                     **$220,544.05**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor  **de GRISOGONO U.S.A. Inc.**  Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 7.1. | **Security Deposit (Bicent Properties)** | $30,000.00 |
| 7.2. | **Security Deposit (Con Ed)** | $3,380.00 |
| 7.3. | **Security Deposit (Pierre Hotel)** | $6,000.00 |
| 7.4. | **Security Deposit (Watermatic LLC)** | $100.00 |
| 7.5. | **Secuirty Deposit (Hotel 57 LLC - Four Season Hotel Vitrine)** | $4,000.00 |
| 7.6. | **Security Deposit (NV Sales and Use Tax)** | $486.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Reimbursement of Custom Costs** | $864,507.47 |
| 8.2. | **Reimbursement of Other Prepayment Expenses (Insurance, etc.)** | $97,389.56 |

9. **Total of Part 2.**  $1,005,863.03
   Add lines 7 through 8. Copy the total to line 81.

Part 3: **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:   316,968.96   -   0.00   = ....   $316,968.96
                            face amount       doubtful or uncollectible accounts

11b. Over 90 days old:   687,039.25   -   154,683.57   = ....   $532,355.68
                         face amount       doubtful or uncollectible accounts

Debtor  **de GRISOGONO U.S.A. Inc.**                                 Case number *(If known)*
         Name

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$849,324.64** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Watches, Jewelry, Parts Inventory Based on 1/31/20 Balance Sheet (Note: most or all of inventory may not be asset of the Debtor)** | | $0.00 | | $504,391.05 |
| 22. | **Other inventory or supplies** | | | | |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$504,391.05** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 3

Debtor    **de GRISOGONO U.S.A. Inc.**                                    Case number *(If known)*
              Name

■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Miscellaneous Office Furniture | $0.00 | | $99,500.38 |
| 40. | **Office fixtures** <br> Miscellaneous Display Materials | $0.00 | | $196,781.40 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Miscellaneous IT Equipment | $0.00 | | $4,270.73 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.   Chandelier / Artwork | $0.00 | | $117,117.97 |

43. **Total of Part 7.**                                                                                                                           **$417,670.48**
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Debtor **de GRISOGONO U.S.A. Inc.** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Leasehold Improvements, 700 Madison Avenue, NY, NY 10065** | Leasehold Improvements | $0.00 | | $241,724.89 |

56. **Total of Part 9.** $241,724.89
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **de GRISOGONO U.S.A. Inc.**    Case number *(If known)*
Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $220,544.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,005,863.03 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $849,324.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $504,391.05 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $417,670.48 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................>* | | $241,724.89 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,997,793.25    + 91b. | $241,724.89 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,239,518.14 |

**Fill in this information to identify the case:**

Debtor name: **de GRISOGONO U.S.A. Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **de GRISOGONO U.S.A. Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**NYS Dept of Taxation & Finance**<br>**Office of Counsel, Building 9**<br>**W A Harriman Campus**<br>**Albany, NY 12227**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **Unknown** | **$0.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     | Amount of claim |
|-----|-----|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Archiving & Shredding**<br>**PO Box 767**<br>**Orange, NJ 07051**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Arista Air Conditioning Corp.**<br>**38-26 Tenth Street**<br>**Long Island City, NY 11101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services Rendered**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$8,602.68** |

| Debtor | de GRISOGONO U.S.A. Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Battalion PR, LLC**<br>**307 Seventh Avenue**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services Rendered**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$10,013.04** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Coffee Distributing Corp.**<br>**200 Broadway**<br>**PO Box 766**<br>**New Hyde Park, NY 11040-0604**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**de Grisogono - Italy**<br>**Hotel de Russie, Via del Babui**<br>**Roma 9-00187**<br>**Italy**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Intercompany Note**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$222,498.03** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**de Grisogono UK Ltd.**<br>**14A New Bond Street**<br>**London W1S 3SX**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Intercompany Note**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,705,934.51** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**de Grisogono, SA**<br>**Chemin du Champ des Filles 39E**<br>**CH-1228 Plan-les-Ouates**<br>**Switzerland**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Intercompany Note**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$22,896,970.24** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Distinctive Parking, LLC**<br>**35-39 East 61st Street**<br>**New York, NY 10065**<br><br>Date(s) debt was incurred **Sept 2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$735.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Driesassur USA, LLC**<br>**501 Fifth Avenue**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |

| Debtor | de GRISOGONO U.S.A. Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Federal Express**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$26,396.29** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Hearst Magazine**<br>**PO Box 25883**<br>**Lehigh Valley, PA 18002-5883**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,754.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**John Shields Detective Agency**<br>**310 Fifth Avenue**<br>**6th Floor**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services Rendered__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,085.44** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**LEAF**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$562.50** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Liverpool Carting Co., Inc.**<br>**5 Bruckner Boulevard**<br>**Bronx, NY 10454**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,164.97** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Manhattan Fire & Safety Corp.**<br>**242 West 30th Street**<br>**7th Floor**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$684.41** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**O&D Studio, Inc.**<br>**31 West 47th Street**<br>**Suite 709**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100.00** |

| Debtor | de GRISOGONO U.S.A. Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Oxford Health Plans**<br>**PO Box 1697**<br>**General Post Office**<br>**Newark, NJ 07101-1697**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes Global Financial**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$85.50** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**The Hartford**<br>**PO Box 660916**<br>**Dallas, TX 75266-0916**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$786.69** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**The New York Times**<br>**620 8th Avenue**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$24,816.62** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Travelers**<br>**CL & Reimittance Center**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$30,261.32** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Tuvia U.S.A. Inc.**<br>**PO Box 300746**<br>**JFK Airport Station**<br>**Jamaica, NY 11430**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$210.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212-5124**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$357.13** |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | de GRISOGONO U.S.A. Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|     |     |     | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 24,960,018.37 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 24,960,018.37 |

**Fill in this information to identify the case:**

Debtor name: **de GRISOGONO U.S.A. Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Security Monitoring Services** | |
| | State the term remaining | | **DGA Security** |
| | List the contract number of any government contract | | **429 W. 53rd Street** |
| | | | **New York, NY 10019** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease for Retail Space** | |
| | State the term remaining | **9 months** | **KLG New York LLC** |
| | List the contract number of any government contract | | **580 Fifth Avenue, Suite 500** |
| | | | **New York, NY 10065** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **In-Store Security Services** | |
| | State the term remaining | | **Midtown Investigations** |
| | List the contract number of any government contract | | **44 Crown Avenue** |
| | | | **Staten Island, NY 10312** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Security Monitoring Services** | |
| | State the term remaining | | **Mutual Security** |
| | List the contract number of any government contract | | **10 W. 46th Street** |
| | | | **New York, NY 10036** |

**Fill in this information to identify the case:**

Debtor name: **de GRISOGONO U.S.A. Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|-------|
| 2.1 |      | Street / City State Zip Code |  | ☐ D ☐ E/F ☐ G |
| 2.2 |      | Street / City State Zip Code |  | ☐ D ☐ E/F ☐ G |
| 2.3 |      | Street / City State Zip Code |  | ☐ D ☐ E/F ☐ G |
| 2.4 |      | Street / City State Zip Code |  | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | de GRISOGONO U.S.A. Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 10, 2020**     X /s/ Keith Rosen
Signature of individual signing on behalf of debtor

**Keith Rosen**
Printed name

**Authorized Signatory**
Position or relationship to debtor