# United States Bankruptcy Court
## Southern District of New York

In re    **de GRISOGONO U.S.A. Inc.**                                          Case No.
                                          Debtor(s)                            Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 10, 2020**            **/s/ Keith Rosen**
                                          **Keith Rosen/Authorized Signatory**
                                          Signer/Title

.

AMERICAN ARCHIVING & SHREDDING
PO BOX 767
ORANGE, NJ 07051


ARISTA AIR CONDITIONING CORP.
38-26 TENTH STREET
LONG ISLAND CITY, NY 11101


BATTALION PR, LLC
307 SEVENTH AVENUE
NEW YORK, NY 10001


COFFEE DISTRIBUTING CORP.
200 BROADWAY
PO BOX 766
NEW HYDE PARK, NY 11040-0604


DE GRISOGONO - ITALY
HOTEL DE RUSSIE, VIA DEL BABUI
ROMA 9-00187
ITALY


DE GRISOGONO UK LTD.
14A NEW BOND STREET
LONDON W1S 3SX


DE GRISOGONO, SA
CHEMIN DU CHAMP DES FILLES 39E
CH-1228 PLAN-LES-OUATES
SWITZERLAND


DGA SECURITY
429 W. 53RD STREET
NEW YORK, NY 10019


DISTINCTIVE PARKING, LLC
35-39 EAST 61ST STREET
NEW YORK, NY 10065


DRIESASSUR USA, LLC
501 FIFTH AVENUE
NEW YORK, NY 10017

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461


HEARST MAGAZINE
PO BOX 25883
LEHIGH VALLEY, PA 18002-5883


JOHN SHIELDS DETECTIVE AGENCY
310 FIFTH AVENUE
6TH FLOOR
NEW YORK, NY 10001


KLG NEW YORK LLC
580 FIFTH AVENUE, SUITE 500
NEW YORK, NY 10065


LEAF
PO BOX 644006
CINCINNATI, OH 45264-4006


LIVERPOOL CARTING CO., INC.
5 BRUCKNER BOULEVARD
BRONX, NY 10454


MANHATTAN FIRE & SAFETY CORP.
242 WEST 30TH STREET
7TH FLOOR
NEW YORK, NY 10001


MIDTOWN INVESTIGATIONS
44 CROWN AVENUE
STATEN ISLAND, NY 10312


MUTUAL SECURITY
10 W. 46TH STREET
NEW YORK, NY 10036


NYS DEPT OF TAXATION & FINANCE
OFFICE OF COUNSEL, BUILDING 9
W A HARRIMAN CAMPUS
ALBANY, NY 12227

O&D STUDIO, INC.
31 WEST 47TH STREET
SUITE 709
NEW YORK, NY 10036


OXFORD HEALTH PLANS
PO BOX 1697
GENERAL POST OFFICE
NEWARK, NJ 07101-1697


PITNEY BOWES GLOBAL FINANCIAL
PO BOX 371887
PITTSBURGH, PA 15250-7887


THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916


THE NEW YORK TIMES
620 8TH AVENUE
NEW YORK, NY 10018


TRAVELERS
CL & REIMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266-0317


TUVIA U.S.A. INC.
PO BOX 300746
JFK AIRPORT STATION
JAMAICA, NY 11430


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124