# United States Bankruptcy Court
## Southern District of New York

In re  **de GRISOGONO U.S.A. Inc.**                                    Case No.
                                     Debtor(s)                          Chapter    **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **de GRISOGONO U.S.A. Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**de Grisogono, SA**
**Chemin du Champ des Filles 39E**
**CH-1228 Plan-les-Ouates**
**Switzerland**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 10, 2020** | **/s/ Jonathan L. Flaxer** |
| Date | **Jonathan L. Flaxer** |
| | Signature of Attorney or Litigant |
| | Counsel for   **de GRISOGONO U.S.A. Inc.** |
| | **Golenbock Eiseman Assor Bell & Peskoe LLP** |
| | **711 Third Avenue** |
| | **17th Floor** |
| | **New York, NY 10017** |
| | **212-907-7300 Fax:212-754-0330** |
| | **jflaxer@golenbock.com** |