

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

                        Robert A. Wolf, Partner
                        Email: rwolf@tarterkrinsky.com
                        Phone: (212) 216-1159

November 5, 2020

*Via Electronic Case Filing*

Re:  In re de Grisogono, U.S.A., Inc., Debtor, United States Bankruptcy Court
     for the Southern District of New York, 20-10389 (SMB)

To All Parties in Interest:

     Reference is made to the Trustee's Motion for Authority to Sell by Private Sale to Surya Capital LLC Certain Jewelry and Watch Inventory Free and Clear of All Liens, Claims and Encumbrances (Document No. 52 on the ECF docket for this case), which is scheduled for a hearing before the Bankruptcy Court on November 24, 2020 at 10:00 a.m. The Trustee's motion seeks approval of the Asset Purchase Agreement between the Trustee and Surya Capital LLC of certain jewelry and watch items of the Debtor's estate for a purchase price of $150,000. Although the Asset Purchase Agreement and all other references to the purchase price in the motion papers set forth the price as $150,000.00, inadvertently, due to a typographical error, the purchase price mentioned in the Notice of Motion is an amount of $90,000.00. Said amount should read as **$150,000.00,** and the Trustee's Notice of Motion is hereby deemed amended to set forth that correct figure.

     We apologize for any confusion concerning this matter.

                        Respectfully submitted,

                        /s/ Robert A. Wolf

                        Robert A. Wolf

RAW:js

{Client/086384/1/02225522.DOCX;1 }