**TARTER KRINSKY & DROGIN LLP**
*Counsel to Deborah J. Piazza, as Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
Tel (212) 216-8000
Scott S. Markowitz, Esq.
Deborah J. Piazza, Esq.
Robert A. Wolf, Esq.
Michael Brownstein, Esq.
smarkowitz@tarterkrinsky.com
dpiazza@tarterkrinsky.com
rwolf@tarterrkinsky.com
mbrownstein@tarterkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

de GRISOGONO, U.S.A. INC.,                         Chapter 7

                                          Case No.: 20-10389 (SMB)
                        Debtor.

-----------------------------------------------------------x

### CHAPTER 7 TRUSTEE'S REPORT OF PRIVATE SALE TO SURYA CAPITAL LLC OF CERTAIN JEWELRY AND WATCH INVENTORY

Deborah J. Piazza, of full age, hereby declares as follows:

1.      I am the Chapter 7 trustee in the above-referenced estate.

2.      On November 23, 2020, the Court entered an order (the "Sale Order") [Dkt. No. 64] approving a motion (the "Motion") [Dkt. No. 52] seeking authority to approve the private sale of certain jewelry and watch inventory of the Debtor's estate comprised of twenty (20) items of jewelry and watches (a list of the items is annexed hereto as **Exhibit "A")** (the "Assets") to Surya Capital LLC ("Surya Capital") free and clear of all liens, claims and encumbrances in accordance with that certain sale agreement dated October 28, 2020 (the "Sale Agreement"). The Sale Agreement and Sale Order required a payment of $150,000 with respect to which

$15,000 was deposited with the Trustee by Surya Capital upon the execution of the Sale Agreement.

3.    The closing on the sale of the Assets took place on November 23, 2020. At the closing, I received a wire of $135,000 which when coupled with the $15,000 deposit which was previously wired represents the purchase price pursuant to the Sale Agreement and the Sale Order.

4.    I submit this report of sale to technically comply with Bankruptcy Rule 6004(f) which requires a statement of the property that was sold, the name of the purchaser, and the price received for the property that was sold.

Dated:  New York, New York
        November 25, 2020

                                                 s/ Deborah J. Piazza
                                                DEBORAH J. PIAZZA

**EXHIBIT A**

| LOT | DESCRIPTION |
|---|---|
| | **WATCHES** |
| 1 | New Retro White Gold set with diamonds with Crown, Sapphire Crystal Case Back, Dial Set w Diamonds, Arabic Numerals Set with Black & White Diamonds |
| 2 | New Retro White Gold Case set with Baguette Cut Blue Sapphires and Crown at 12 o'clock, Sapphire Crystal Case Back, Off White Dial Set with Baguette Cut Blue Sapphires |
| 3 | Luna S01 Pink Gold Set w 162 White Diamonds 7.5ct, Off White Guilloche Dial, Arabic Numberals and Dauphin Hands, White Galuchat Strap, Water Resistant 3 ATM |
| | **NECKLACES** |
| 4 | B101109, White Gold, 20 grams, 177 White Diamonds 3.5ct |
| 5 | Pink Gold, 31.30 grams, 60 White Diamonds .4ct |
| 6 | B88494 |
| | **BROOCH** |
| 7 | White Gold, 25.50 grams?, 211 White Diamonds 10.2ct, 143 Black Diamonds 13.4ct |
| | **EARRINGS** |
| 8 | White Gold 33.50 grams, 444 White Diamonds 7ct |
| 9 | Gypsy White Gold 13.65 grams, Titanium 11.2 grams, 202 White Diamonds 10.25ct, 212 Black Diamonds 13.35ct |
| 10 | Pink Gold, 24.80 grams, 310 White Diamonds 4.8ct |
| | **BRACELETS** |
| 11 | White Gold, Diamonds |
| 12 | Pink Gold, 44.80 grams, 19 Emeralds 2.60ct, 22 Turquoises 61.50ct |
| 13 | White Gold, 15.90 grams, 13 White Diamonds .95ct, 5 Onyx Balls 6.5ct |
| 14 | Allegra 5 White Gold 48.55 grams, 117 White Diamonds 3.65ct |
| 15 | B102402, Pink Gold, 140 grams, 126 White Diamonds 9.65ct |
| 16 | Pink Gold, 51.40 grams, 103 White Diamonds 3.6ct |
| | |

| LOT | DESCRIPTION |
|---|---|
| | **RINGS** |
| 17 | Pink Gold, 19.10 grams, 177 White Diamonds 7.65ct, 9 Pink Opal Drops 11.50ct |
| 18 | Pink Gold, 21.50 grams, 56 White Diamonds .60ct |
| 19 | Pink Gold, 34.15 grams, 153 White Diamonds 3.8ct |
| 20 | White Gold, 7.4 grams, 4 Onyx Balls 5ct, 11 White Diamonds .7ct |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |