**TARTER KRINSKY & DROGIN LLP**
*Counsel to Deborah J. Piazza, as Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
Deborah J. Piazza, Esq.
Robert A. Wolf, Esq.
Michael Brownstein, Esq.
smarkowitz@tarterkrinsky.com
dpiazza@tarterkrinsky.com
rwolf@tarterkrinsky.com
jmakower@taretrkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
In re:                                                        :
                                                              :   Chapter 7
                                                              :
**de GRISOGONO, U.S.A., INC.**                                :
*dba* **de Grisogono, USA, Inc.,**                            :   Case No.: 20-10389 (DSJ)
                                                              :
                                                              :
                       Debtor.                                :
------------------------------------------------------------- x

**NOTICE TO CREDITORS AND OTHER PARTIES**
**IN INTEREST OF TRUSTEE'S SALE OF TWO WATCHES**

PLEASE TAKE NOTICE that on February 10, 2020 (the "Filing Date"), de Grisogono, U.S.A., Inc. *dba* de Grisogono, USA, Inc. (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, Manhattan Division, located at One Bowling Green, New York, New York 10004 (the "Court").

PLEASE TAKE FURTHER NOTICE that the Debtor's case is currently pending before the Honorable Douglas S. Jones, United States Bankruptcy Judge for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that Deborah J. Piazza (the "Trustee"), the Chapter 7 Trustee for the Debtor's bankruptcy estate, intends, on **August 3, 2021,** to sell the Debtor estate's interest in the following two (2) watches (collectively, the "**Watches**") pursuant to Sections 363(b) and (f) of the Bankruptcy Code, Rule 6004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6004-1(a), in a private sale to Surya Capital LLC for $2,500.00 cash, free and clear of any liens, claims and encumbrances:

- **GRANDE N05 Red Gold/Brown Dial** - Automatic movement with large date at 6 o'clock. Polished 18k rose gold 5N case, Crown with dG crest, sapphire crystal back and lateral window. Brown guilloche dial with large date aperture, pink 3 and 9 o'clock indexes with superluminova, pink small indexes. Pink hands with superluminova. dG 18k rose gold 5N folding clasp. Water resistant to 3ATM. Stone on movement. 22 jewels. This is a repaired watch with no straps.

- **UNO DF N25/A** - Watch in matte blackened stainless steel set with 14 Paraiba tourmalines of .90 carat. Automatic movement, dual time and date, black lacquered dial, turquoise blue Arabic numerals, turquoise blue dauphine style hands, sapphire glass front and case back, crown set with a black diamond with a dG blackened stainless steel butterfly buckle. Water resistant to 3ATM. Stone on movement. 21 jewels. This is a repaired watch with no straps.

.

PLEASE TAKE FURTHER NOTICE that objections to the Trustee's sale of the Watches, if any, shall be set forth in a writing describing the basis therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and shall be (i) filed with the United States Bankruptcy Court for the Southern District of New York (a) in accordance with General Order M-399, electronically, by registered users of the Bankruptcy Court's case filing system, or (b) in accordance with Local Bankruptcy Rules 5005-1 and 9004-1, submitted to the Clerk of the United Bankruptcy Court for the Southern District of New York; (ii) in accordance with Local Bankruptcy Rule 9070-1, submitted in hard-copy form directly to the chambers of the Honorable David S. Jones, United States Bankruptcy Judge, at the Bankruptcy Court; and (iii) served upon: (a) Tarter Krinsky & Drogin LLP, counsel for Deborah J. Piazza, as Chapter 7 Trustee, 1350 Broadway, 11th Floor, New York, New York 10018 (Attn: Michael Brownstein, Esq.); and (b) the Office of the United States Trustee, 201 Varick Street, New York, New York 10014, so that same is filed and received no later than **August 2, 2021 at 5:00 p.m.**

PLEASE TAKE FURTHER NOTICE that in the event any objections to the Trustee's intended sale of the Watches are timely filed with the Court and served upon the Trustee, there will be a hearing scheduled and held before the Honorable David S. Jones, United States Bankruptcy Judge, to consider any such objections, notice of which hearing will be given by the Trustee to all known creditors and parties in interest. If no objections are filed, the sale will go forward on August 3, 2021, no hearing will be held, and the Trustee will deliver to Surya Capital LLC the Watches, together with an executed Bill of Sale regarding same in the form annexed hereto as Exhibit 1.

Dated: New York, New York
      July 23, 2021

                              **TARTER KRINSKY & DROGIN LLP**
                              *Counsel to Deborah J. Piazza*
                              *as Chapter 7 Trustee*

                              By: /s/ Robert A. Wolf
                                  Robert A. Wolf, Esq
                                  1350 Broadway, 11th Floor
                                  New York, New York 10018
                                  (212) 216-8000
                                  rwolf@tarterkrinsky.com

## EXHIBIT 1

**BILL OF SALE**

THIS BILL OF SALE is made and executed as of the ___ day of August, 2021 from Deborah J. Piazza, solely in her capacity as Chapter 7 Trustee of de Grisogono, U.S.A., Inc. *dba* de Grisogono USA, Inc., having an address at c/o Tarter Krinsky & Drogin, LLP, 1350 Broadway, 11th Floor, New York, NY 10018 ("Seller"), to Surya Capital LLC, having an address at 608 Fifth Avenue, Suite 901, New York, New York 10020 ("Purchaser").

FOR AND IN CONSIDERATION of the sum of Two Thousand Five Hundred Dollars ($2,500.00) and other good and valuable consideration, the receipt and legal sufficiency of which are hereby acknowledged, Seller does hereby bargain, sell, convey, deliver, assign, transfer, set over and grant to Purchaser, and to its successors and assigns, all right, title and interest of Seller in the following two watches (the "Watches"):

- **GRANDE N05 Red Gold/Brown Dial** - Automatic movement with large date at 6 o'clock. Polished 18k rose gold 5N case, Crown with dG crest, sapphire crystal back and lateral window. Brown guilloche dial with large date aperture, pink 3 and 9 o'clock indexes with superluminova, pink small indexes. Pink hands with superluminova. dG 18k rose gold 5N folding clasp. Water resistant to 3ATM. Stone on movement. 22 jewels. This is a repaired watch with no straps.

- **UNO DF N25/A** - Watch in matte blackened stainless steel set with 14 Paraiba tourmalines of .90 carat. Automatic movement, dual time and date, black lacquered dial, turquoise blue Arabic numerals, turquoise blue dauphine style hands, sapphire glass front and case back, crown set with a black diamond with a dG blackened stainless steel butterfly buckle. Water resistant to 3ATM. Stone on movement. 21 jewels. This is a repaired watch with no straps.

Title to the Watches shall pass to Purchaser upon delivery of this Bill of Sale free and clear of all claims, liens or encumbrances of any kind. Any sales tax payable in respect of the Watches shall be the sole responsibility of Purchaser.

Seller makes no warranties or representations whatsoever regarding the Watches. The Watches are being transferred "AS IS" and "WHERE IS" and this Bill of Sale is made without recourse to Seller and without recourse to the bankruptcy estate of de Grisogono U.S.A., Inc. *dba* de Grisogono USA, Inc.

This Bill of Sale shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

IN WITNESS WHEREOF, Seller has executed this Bill of Sale as of the day and year first written above.

By: /s/ Deborah J. Piazza
Deborah J. Piazza, solely in her capacity as
Chapter 7 Trustee of the Estate of de Grisogono
U.S.A., Inc. *dba* de Grisogono USA, Inc.

{Client/086384/1/02445873.DOCX;1 }