

**Tarter Krinsky & Drogin LLP**
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

August 18, 2021

**VIA ELECRTRONIC FILING**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    <u>de Grisogono USA, Inc. (the "Debtor")</u>
              <u>**Chapter 7 Case No.  20-10389 (DSJ)**</u>

Dear Clerk of the Court,

    I am the Chapter 7 Trustee for the above-referenced bankruptcy estate.

    I am in process of preparing a Trustee's Final Report (TFR) in the above-referenced case and need to include all outstanding Clerks' fees.  Therefore, please advise me of any outstanding Clerk's fees in this case.

    Thank you for your assistance in this matter.

                              Sincerely,

                              <u>/s/ Deborah J. Piazza</u>

                              Deborah J. Piazza
                              Chapter 7 Trustee