# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

In Re:

**de GRISOGONO U.S.A. Inc.**        Case No.  **20-10389-dsj**
                                     Chapter 7

# Fees Due and Payable to the Court

A review of the docket by the clerk's office indicates that there are no fees due to be paid to the *Clerk, United States Bankruptcy Court*:

Date:  September 2, 2021

   New York, New York

                              /s/Kenishia Braithwaite
                              Deputy Clerk